## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **JOE COX and DENA COX, on behalf of themselves and all others similarly situated,** | ) ) ) ) | |
| **PLAINTIFFS,** | ) ) ) | CIVIL ACTION NO.: 3:20-cv-00859 |
| **v.** | ) ) | |
| **NEW REZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,** | ) ) ) | |
| **DEFENDANT.** | ) ) | |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT
## AND ENTRY OF SCHEDULING ORDER

Plaintiffs Joe and Dena Cox, by counsel and on behalf of the proposed settlement class, respectfully submit the above-styled motion and request the following:

(1)    That the Court enter an order preliminarily approving the Parties' proposed Class Settlement and Release Agreement (the "Settlement Agreement") attached as Exhibit A, which order, *inter alia* (i) provisionally certifies the proposed settlement class for settlement purposes only; (ii) appoints Plaintiffs as class representatives and Plaintiffs' counsel as class counsel; (iii) approves the form, manner, and content of class notice and the procedures for settlement class members to opt out or object; and (iv) approves class-settlement.com as the settlement administrator,

(2)    That the Court establishes a schedule to complete the tasks necessary to effectuate the proposed settlement, and

(3)      That the Court stays the action pending Final Approval of the Settlement (except that the stay of proceedings shall not prevent the filing of any motions, declarations, and other filings necessary to obtain and preserve final judicial approval of this Settlement Agreement).

Plaintiffs are authorized to state that Defendant does not oppose this Motion. Grounds for this Motion are set forth in the accompanying Memorandum. Attached to this Motion are the following exhibits:

Exhibit A: Class Settlement and Release Agreement and Exhibits

Exhibit B: Declaration of Patricia M. Kipnis

Proposed Order Granting Motion for Preliminary Approval

Respectfully Submitted,

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

Benjamin M. Sheridan (#11296)
Counsel for Plaintiffs
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111
ben@kleinsheridan.com

Jed R. Nolan (#10833)
Nolan Consumer Law, PLLC
jed@protectwvconsumers.com
P.O. Box 654

Athens, WV 24712
(304) 207-0066

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **JOE COX and DENA COX, on behalf of themselves and all others similarly situated,** | ) ) ) | |
| | ) | |
| **PLAINTIFFS**, | ) ) | CIVIL ACTION NO.: 3:20-cv-00859 |
| | ) | |
| **v.** | ) ) | |
| **NEW REZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,** | ) ) ) | |
| | ) | |
| **DEFENDANT.** | ) ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on this 29th day of July 2022, I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ENTRY OF SCHEDULING ORDER with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
