# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JOE COX and DENA COX, on behalf of themselves and all others similarly situated,<br><br>    PLAINTIFFS,<br><br>v.<br><br>NEW REZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>    DEFENDANT. | CIVIL ACTION NO.: 3:20-cv-00859 |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEY'S FEES AND EXPENSES, AND SERVICE AWARD

Plaintiffs Joe and Dena Cox, by counsel and on behalf of the conditionally certified class, hereby respectfully submit their Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Service Awards. Plaintiffs respectfully request that the Court enter the parties' proposed Final Approval Order and Judgment:

(1) Pursuant to Fed. R. Civ. P. 23(e), determining that the Settlement is fair, adequate, and reasonable and granting final approval in all respects of the terms and provisions of the Amended Class Settlement and Release Agreement (ECF No. 63-1) ("Settlement Agreement"), which the Court preliminarily approved by Order entered on September 2, 2022 (ECF No. 65);

(2) Finally certifying the Settlement Class for settlement purposes only;

(3) Determining that the Notice Provided to the Settlement Cass satisfied Due Process requirements;

(4)     Awarding Plaintiffs and Class Representatives Joe and Dena Cox service awards of $10,000 each in recognition of their service to the class;

(5)     Awarding Class Counsel their attorneys' fees from the settlement fund in the amount of $1,508,276.27, which represents one-third of the settlement fund attributed to all portions paid for alleged violations except fee schedules;

(6)     Awarding Class Counsel their litigation expenses from the settlement fund in the amount of $13,370.96;

(7)     Awarding the Settlement Administrator its administrative costs and fees from the settlement fund;

(8)     Dismissing on the merits and with prejudice the class and individual claims in this action without costs to Defendant Shellpoint; and

(12)    Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

Defendant does not oppose this motion. A proposed order granting final approval is attached. The Court has scheduled a final approval hearing for December 5, 2022.

WHEREFORE, Plaintiffs request that this Court grant this motion and enter a final order pursuant to the terms set forth above.

    Respectfully submitted,

    Plaintiffs,
    By Counsel.

*/s/ Patricia M. Kipnis*
Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser, LLP
923 Haddonfield Road, Suite 300
Cherry Hill, NJ  08002
(856) 324-8219
pkipnis@baileyglasser.com

Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
jmarshall@baileyglasser.com

Benjamin M. Sheridan (WVSB #11296)
Jed Nolan (WVSB #10833)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111
ben@kleinsheridan.com
jed@kleinsheridan.com

*Counsel for Plaintiffs and the Settlement Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JOE COX and DENA COX, on behalf of themselves and all others similarly situated,<br><br>    **PLAINTIFFS**,<br><br>v.<br><br>**NEW REZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**<br><br>    **DEFENDANT.** | CIVIL ACTION NO.: 3:20-cv-00859 |

## CERTIFICATE OF SERVICE

I, Patricia M. Kipnis, hereby certify that on this 28th day of November 2022, I filed the foregoing document titled *"PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEY'S FEES AND EXPENSES, AND SERVICE AWARD"* with the Clerk of this Court using the CM/ECF system which will send notification to counsel of record.

                                                  */s/ Patricia M. Kipnis*
                                                  Patricia M. Kipnis (WVSB #12896)