UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JOE COX and DENA COX, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>DEFENDANT. | CIVIL ACTION NO.: 3:20-cv-00859 |

### ORDER GRANTING SECOND MOTION FOR FINDING OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT'S NOTICE REQUIREMENTS

UPON CONSIDERATION of the Unopposed Motion for Finding of Compliance with the Class Action Fairness Act's Notice Requirements (the "CAFA Motion") filed by Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing, it is hereby ORDERED, this __5__ day of __Dec.__, 2022, that the Defendant's CAFA Motion is hereby GRANTED. The Court further FINDS that Defendant has satisfied and fully complied with the class settlement notice requirements of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, and in particular that all of CAFA's requirements for sending of notice of the proposed settlement to state and federal regulators have been fully and timely satisfied as to Shellpoint's Amended CAFA Notice.

The Hon. Robert C. Chambers
United States District Judge

1